KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
RANDALL C. WHATTOFF (SBN 245495)
  rwhattoff@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

AMSTER ROTHSTEIN & EBENSTEIN LLP
ANTHONY F. LO CICERO (NY AL 7538)
  alocicero@arelaw.com
CHESTER ROTHSTEIN (NY CR 1417)
  crothstein@arelaw.com
DAVID MITNICK (NY DM 0064)
  dmitnick@arelaw.com
90 Park Avenue
New York, New York 10016
Telephone: 212.336.8000
Facsimile: 212.336.8001
(*Pro hac vice* applications to be filed)

Attorneys for Pepe Jeans London and
Jeans Design Ltd.

E-FILED: **1/12/2009**
**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| H. NATION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEPE JEANS LONDON, a Delaware Limited Liability Company, and JEAN DESIGN LTD., a New York Corporation,<br><br>Defendants. | CASE NO. CV08-06533 GHK (RCx)<br><br>[~~PROPOSED~~] JUDGMENT |

1     Whereas Plaintiff H. Nation, Inc. ("Plaintiff"), and defendants Pepe Jeans
2 London, LLC and Jean Design, Ltd. (collectively and individually "Defendants")
3 have agreed to a stipulated judgment and a compromise and settlement of this Civil
4 Action and all claims, defenses, and counterclaims that were or could have been
5 brought in this Civil Action,

6     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

7     1.     Plaintiff shall take nothing by way of its Complaint, and all claims
8 contained in the Complaint are hereby dismissed with prejudice;

9     2.     The Court enters judgment in favor of Defendants on their
10 Counterclaim and enters a permanent injunction as follows:

11     a.     Except as set forth in subsection (b) below, Plaintiff and its
12 owners, agents, employees, servants, representatives, successors and assigns and
13 affiliates, and any and all persons acting in concert with them, are hereby
14 permanently and perpetually enjoined and restrained from either directly or
15 indirectly registering, using, selling, manufacturing, distributing, advertising, or
16 otherwise offering or promoting any goods or services utilizing (i) a design of the
17 letter "P" as applied to, *inter alia*, clothing, apparel, and footwear, shown as:



24 and as shown in, *inter alia*, United States Trademark Registration Nos. 2,137,767
25 2,167,993; and 2,924,771; and (ii) the stylized letter "P" portion of the mark
26 represented in trademark application no. 77-374,213 filed by Mr. Percy Miller,
27 including as shown as:

28

(individually and collectively, the "Enjoined Mark")

   b. Notwithstanding the foregoing, Plaintiff may, until no later than January 31, 2009, sell through inventory of goods bearing the Enjoined Mark which existed in a final state of manufacture on or before November 1, 2008. The date for Plaintiff to cease selling through its existing inventory of such goods bearing the Enjoined Mark is a material term of this Judgment and is to be strictly enforced.

  3. Except as agreed in the separate confidential Settlement Agreement among the parties, each party is responsible for their own attorneys' fees and costs.

  4. Jurisdiction is retained by this Court for the purpose of ensuring compliance with the terms of this Permanent Injunction and Judgment on Consent and for enforcing the separate confidential Settlement Agreement among the parties and for enabling the parties to apply to this Court for further orders.

DATED:  1/12/09        _____

              HON. GEORGE H. KING
              United States District Judge

Jointly Submitted by:

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP


_____
By: Gregory Korn
Attorneys for Defendants

1 | LAW OFFICES OF SEPEHR DAGHIGHIAN
2 |
3 | _____
  | By: Sepehr Daghighian
  | Attorneys for Plaintiff
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |